UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCI WALTERS,
        Plaintiff,

No. 1:08-cv-1107

-v-

HONORABLE PAUL L. MALONEY

PRIDE AMBULANCE COMPANY,
        Defendant.

ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

Defendant Pride Ambulance Company filed a motion (Dkt. No. 30) for summary judgment. The Local Rules for the Western District of Michigan, specifically Rule 7.1(d), provides

> the moving party shall ascertain whether the motion will be opposed. . . . All motions shall affirmatively state the efforts of the moving party to comply with the obligation created by this rule.

Failure to follow Local Rule 7.1(d) provides a sufficient basis for dismissing the motion without prejudice. *See Griffin v. Reznick*, 609 F.Supp.2d 695, 705 (W.D. Mich. 2008) (Maloney, C.J.) (collecting cases). Having reviewed the motion and accompanying brief, this Court finds no statement that Defendant attempted to ascertain whether the motion would be opposed.

Therefore, Defendant Pride Ambulance Company's motion (Dkt. No. 30) for summary judgment is **DISMISSED WITHOUT PREJUDICE. IT IS SO ORDERED.**

Date:  July 28, 2009                                      /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge