UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCI WALTERS,
        Plaintiff,

No. 1:08-cv-1107

-v-

HONORABLE PAUL L. MALONEY

PRIDE AMBULANCE COMPANY,
        Defendant.

ORDER

Before this Court is Defendant Pride Ambulance Company's motion (Dkt. No. 34) to allow filing of a renewed motion for summary judgment. Defendant Pride Ambulance filed a motion for summary judgment on July 22, 2009. The motion was filed on the deadline for filing dispositive motions. This Court dismissed the motion without prejudice for failure to follow the local rules. The error has since been corrected. Because the deadline for filing dispositive motions has now expired, Defendant seeks leave to file its motion. Defendant states this motion is opposed by Plaintiff. Plaintiff Walters has not filed a response to the motion. The time for filing a response has now expired. *See* W.D. MICH. L.CIV.R. 7.3(c).

Defendant Pride Ambulance Company's motion (Dkt. No. 34) to allow filing of a renewed motion for summary judgment is **GRANTED.** Plaintiff Walters shall have 28 days from the date of this order to file her response to Defendant's motion. *See* W.D. MICH. L.CIV.R. 7.2(c). **IT IS SO ORDERED.**

Date:  August 18, 2009                                  /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge